DATE __5/15/14__
LOCATION __Beaumont__
JUDGE __Ron Clark__
DEPUTY CLERK __Brandy O'Quinn/fal__
RPTR/ECRO __Chris Bickham__
USPO __Deanna Splawn__
INTERPRETER ____
BEGIN _____9:00am_____

USA    **Michelle Englade**

VS    "

**Samuel David Sanford, III**

Defendant

**Gary Dennison**

Attorney

Assigned

Appeared

---

## SENTENCING

X Sentencing held    X Non Evidentiary

X Court adopts presentence report    X Plea agreement accepted

X Court varied from guidelines    ☐ On motion of the govt    ☐ other:

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 of the Indictment | 72 months | ---------- | $25,859.00 | --------- | 3 years | ---------- | ------ | $100 |
| | | | | | | | | |

**SPECIAL CONDITIONS:**

X...... Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

X...... Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

X...... Dft shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.

X...... Dft shall not possess a **firearm** or other destructive device.

X...... Dft shall cooperate in the collection of **DNA** as directed by the probation officer.

X...... Dft shall provide the probation officer with access to any requested **financial information**.

X.... Dft shall participate in a program of **testing and treatment for drug/alcohol abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

X....... Dft shall participate in a program of **mental health treatment**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐...... Dft shall perform ___ hours of **community service** as directed by the probation officer.

☐...... Dft placed on **home detention** for a period of _____ months, to commence immediately following release from imprisonment. During this time dft shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.

☐...... Dft shall reside in a **community corrections center** for a period of _____months to commence on ___, and shall observe the rules and regulations of that facility.

☐...... Denial of all Federal benefits for a period of _____ year(s).

X...... Dft remanded to the USM.

☐...... Dft ordered to surrender by 2:00 pm on _____ to ☐ designated institution ☐ USM.

☐...... Dfts ☐ set ☐ reduced to $_____ ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured.

☐...... Bond continued ☐ previous bond in this case $ ____ type _____ ☐ other case No. _____

☐...... Count(s) __Remaining in Indictment__ are dismissed on govt's motion.

☐...... Dft failed to appear ☐ Order for arrest warrant ☐ bond forfeited.

X...... **Dft advised of right to appeal & court appointed counsel.**

X...... Minutes filed.

**CRIM 92-118** ☐ See reverse/attached for additional proceedings ___9:55am___ Adjourn    Time in Court: ___55 mins___